IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| EMILY TALAMONTI, *individually and on behalf of all others similarly situated,*<br><br>*Plaintiff*<br><br>v.<br><br>LEHIGH VALLEY RESTAURANT GROUP, INC.<br>*Defendant* | No. 5:25-CV-00063-CH |

## **ORDER**

**AND NOW,** this  30th  day of December, 2025, upon consideration of the parties' Joint Motion to Approve Settlement Agreement and after *in camera* review of the proposed agreement, it is hereby **ORDERED** that the Joint Motion is **GRANTED**.

BY THE COURT:

/s/ Catherine Henry
_____
The Honorable Catherine Henry,
United States District Judge

13457135.2